UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRITTAN EINES, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No. 1:06-cv-1089-DFH-WTL |
| | ) |
| SUPERINTENDENT, Wabash Valley Correctional Facility, | ) |
| | ) |
| Respondent. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: January 26, 2007

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Stephanie Lynn Rothenberg
INDIANA STATE ATTORNEY GENERAL
Stephanie.Rothenberg@atg.in.gov

Brittan Eines
DOC # 872558
Wabash Valley Correctional Facility
P O Box 1111
Carlisle, IN 47838